**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 1 2 2015

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                              PLAINTIFF

v.                              NO. 4:13CR00180-02 JLH

NANCY LOUISE HELFRICH                              DEFENDANT

## AMENDMENT TO JUDGMENT & COMMITMENT ORDER

The Judgment & Commitment Order entered on June 9, 2015, is hereby amended to reflect

that the defendant pled guilty to Count 4ss of the THIRD Superseding Indictment.

All other content and conditions contained in the original Judgment & Commitment Order

remain in full force and effect.

IT IS SO ORDERED this _____ day of June, 2015.


J. LEON HOLMES
UNITED STATES DISTRICT JUDGE